696 A.2d 806

**Purcell BRONSON, Appellant,**

v.

**Martin F. HORNE, Commissioner and his SCI–Huntingdon Agents, Appellees.**

Supreme Court of Pennsylvania.

July 30, 1997.

230

*ORDER*

PER CURIAM.

AND NOW, this 30th day of July, 1997, the order of the Commonwealth Court is hereby affirmed.